IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA V. PEYTON S. SNOWDEN**

CASE NO.: 7:22-CR-432

DATE: May 18, 2023

PRESIDING JUDGE: Judge Andrew T. Baxter

(X) Government ( ) Defendant

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED INTO EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| G-1 | | | | SAMANTHA R. SNOWDEN SWORN STATEMENT DATED AUGUST 26, 2022 |
| G-2 | | | | JENNIFER HOWARD SWORN STATEMENT, DATED AUGUST 29, 2023 |
| G-3 | | | | LAURA MONAGHAN SWORN STATEMENT, DATED AUGUST 29, 2023 |
| G-4 | | | | JEFFREY STOWELL SWORN STATEMENT, DATED SEPTEMBER 08, 2023 |
| G-5 | | | | MEDICAL RECORDS FROM COUNTRYSIDE VET CLINIC, DATED AUGUST 25, 2023 |
| G-6 | | | | MEDICAL RECORDS FROM COUNTRYSIDE VET CLINIC, DATED AUGUST 26, 2023 |
| G-7 | | | | X-RAYS DATED JULY 19, 2023 AND AUGUST 25, 2023 |
| G-8 | | | | RIGHTS WARNING PROCEDURE – PEYTON S. SNOWDEN |
| G-9 | | | | UNITED STATES DISTRICT COURT VIOLATION NOTICES E1267202 |
| G-10 | | | | LAW ENFORCEMENT REPORT 01955-2022-MPC552 |
| G-11 | | | | DETAILED INCIDENT REPORT |

| | | | | | |
|---|---|---|---|---|---|
| G-12 | | | | | CRIME SCENE PHOTO LOG CONTAINING 12 PHOTOS |
| G-13 | | | | | CRIMINAL HISTORY REQUEST – PEYTON S. SNOWDEN |
| G-14 | | | | | THREE PHOTOS - PEYTON S. SNOWDEN |
| G-15 | | | | | 7 PHOTOS – HENRY(CAT) AND REN(DOG) |
| | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

v.  Criminal Action No.: 7:22-CR-432 (ATB)

PEYTON S. SNOWDEN,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, I electronically filed the **GOVERNMENT'S EXHIBIT LIST** with the Clerk of the District Court using the CM/ECF system, which sent notification of such to the following CM/ECF participant:

Mr. Eric Swartz, Esq.

Date: May 18, 2023

Respectfully submitted,

By: /s/ Stewart A. Miller
Stewart A. Miller
Special Assistant United States Attorney